# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HUGO DIAZ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., EQUIFAX )<br>INFORMATION SERVICES, LLC, AND )<br>TRANS UNION LLC. )<br>)<br>Defendant[s]. )<br>) | CASE NO.4:23-cv-0011-TWP-KMB |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Hugo Diaz, pro se, and Defendant Experian Information Solutions, by counsel, respectfully notify the Court that they have reached a settlement that fully resolves this action. The Parties request that all pending hearings be vacated. The Parties anticipate filing a stipulation for dismissal with prejudice within thirty (30) days of the date of this notice.

Respectfully Submitted,

/s/ [signature]
Hugo Diaz
1521 N. 72nd Ave
Hollywood, Florida 33024
Phone: 954-715-3870
Email: terra.res.llc@gmail.com


/s/ Mitchell L. Osterday
Mitchell L. Osterday (34398-49)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7505
mitchell.osterday@btlaw.com

*Attorney for Experian Information Solutions, Inc.*