FILED
05/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HUGO DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC.,<br><br>    Defendants. | Case No. 4:23-cv-00011-TWP-KMB<br><br>NOTICE OF VOLUNTARY DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY

NOTICE IS HEREBY GIVEN that Pro Se Plaintiff Hugo Diaz, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in his complaint against Defendant Equifax Information Services, LLC, with prejudice.

Defendant Equifax Information Services, LLC has neither filed an answer to the complaint nor a motion for summary judgement as to these claims. Dismissal under Rule 41(a)(i) is therefore appropriate.

DATE: May 9, 2023

Respectfully submitted,

Hugo Diaz

*Pro Se Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that, on May 9, 2023, I filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

_____
Hugo Diaz

*Pro Se Plaintiff*