## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HUGO DIAZ | ) |
| | ) CASE NO. 4:23-cv-0011-TWP-TAB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC | ) |
| | ) |
| Defendants. | ) |

> Motion granted. The deadline for Plaintiff and Defendant Experian Information Solutions to file a stipulation of dismissal as to Plaintiff's claims against Experian is enlarged to June 1, 2023.
>
> Tim A. Baker
> U.S. Magistrate Judge
> May 22, 2023
>
> Distribution to all counsel of record via CM/ECF and to the following via U.S. Mail: HUGO DIAZ, 4211 Bridge Ct., Floyds Knobs, IN 47119

**UNOPPOSED MOTION FOR EXTENSION TO FINALIZE THE SETTLEMENT AGREEMENT AND DISMISS THE CASE**

Plaintiff Hugo Diaz and respectfully move this Court for an extension of fourteen (14) days, until June 1, 2023, to finalize the settlement agreement and dismiss the case. Defendant Experian Information Solutions, Inc. consents to this motion.

The Parties have fully executed the settlement agreement on May 17, 2023 and await the issuance and delivery of the settlement check to Plaintiff. According to the terms of the settlement agreement the case will be dismissed within three (3) days of delivery of the check. The parties agree that 14 days provides sufficient time to deliver the check and dismiss the case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent this 18th day of May, 2023 by U.S. Mail delivery to:

Colin C. Poling
Transunion LLC
555 W. Adams Street
Telephone: (463) 710-9833
E-mail: colin.poling@transunion.com
*Attorneys for Defendant*
*Trans Union LLC*